**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-2171**

_____

LYDIA A. CHARLES,

             Plaintiff - Appellant,

      v.

PATRICK R. DONAHOE,

             Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.   Robert J. Conrad, Jr., District Judge.  (3:12-cv-00402-RJC-DSC)

_____

Submitted:  March 17, 2015          Decided:  March 19, 2015

_____

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Lydia A. Charles, Appellant Pro Se.   Gill Paul Beck, Sr., Assistant United States Attorney, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lydia A. Charles appeals the district court's order denying relief on her complaint alleging that the United States Postal Service discriminated and retaliated against her in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e–17 (2012). We have reviewed the record and find no reversible error. Accordingly, although we grant Charles leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Charles v. Donahoe, No. 3:12-cv-00402-RJC-DSC (W.D.N.C. Sept. 29, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED